AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 2 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

STEVEN SHAWN SMITH
_____
Petitioner

v.                                    Case No. 3:23cv353-CWR-FKB
                                              (Supplied by Clerk of Court)

PAROLE BOARD / M.D.O.C.
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: STEVEN SHAWN SMITH
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: CENTRAL MISSISSIPPI CORRECTIONAL FAC.
   (b) Address: P.O. BOX 88550
                PEARL, MS 39208
   (c) Your identification number: 189853

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: MADISON CO. CIRCUIT COURT, CANTON, MS. 39046
      (b) Docket number of criminal case: 2021-0097/1
      (c) Date of sentencing: JAN. 31, 2023
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: M.D.O.C. - PAROLE BOARD PEARL, MS.

   (b) Docket number, case number, or opinion number: 189853 MDOC #

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): ORDERED TO SERVE A ONE YEAR SET OFF FOR PAROLE VIOLATION, AFTER 21 DAYS OF ARREST. ALSO ORDERED TO SERVE MORE TIME IMPOSED.

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: N/A
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: UNAWARE OF PROPER PROCEDURE

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____     N/A
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: SAME AS ABOVE

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____     N/A
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:

SAME AS ABOVE

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes      ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes      ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result: N/A
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

N/A

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

   ☒ Yes          ☐ No

   If "Yes," provide:

   (a) Kind of petition, motion, or application: PETITION
   (b) Name of the authority, agency, or court: ADMINISTRATIVE OFFICE OF COURTS - COURT STATISTIC DIVISION
   (c) Date of filing: MAY 22, 2023
   (d) Docket number, case number, or opinion number: MDOC. NO: 189853
   (e) Result: NO REPLY
   (f) Date of result: _____
   (g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   - PETITIONER -

   **GROUND ONE:** I WAS INCARCERATED FOR OR ABOUT (346) DAYS BETWEEN HINDS CO. & MADISON CO. CONTINUALLY BEFORE I WAS VIOLATED ON PAROLE /OR SEEN BY P.O. DATE OF 1ST DAY OF INCARCERATION WAS NOV. 01, 2021 - DATE OF VIOLATION OCT. 11, 2022.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

PROBATION/PAROLE REVOCATION REQUIRES A MAXIMUM OF THIRTY DAYS TO VIOLATE AN OFFENDER WHILE INCARCERATED.
            - SEE ATTACHED PETITION -

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes        ☐ No

GROUND TWO: PETITIONER WAS SENTENCED BY THE PAROLE BOARD TO SERVE A TERM OF (1) ONE YEAR SET-OFF FROM ORIGINAL CHARGE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

TOO MUCH TIME WAS ORDERED TO SERVE FOR A SECOND VIOLATION, (120) DAYS SHOULD HAVE BEEN THE TIME ORDERED TO SERVE AND NOT TO EXCEED THAT TIME FRAME.
            - SEE ATTACHED PETITION -

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes        ☐ No

GROUND THREE: A WARRANT OR M.D.O.C. HOLD WAS NOT ISSUED UNTIL AFTER MY PAROLE HEARING / DATE OF VIOLATION WHICH WAS OCT. 11, 2022.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

A WARRANT OR HOLD WAS SUPPOSE TO BE ISSUED WITHIN (72) HOURS OF MY ARREST DATE FOR FELONY CHARGES IN HINDS COUNTY FROM NOV. 01, 2021
            - SEE ATTACHED PETITION -

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes        ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: PETITIONER FEELS ALL GROUND HAS BEEN PRESENTED TO THE BEST OF HIS KNOWLEDGE.

**Request for Relief**

15. State exactly what you want the court to do: REVOCATION CHARGE BE DISMISSED, ALL TIME SERVED FROM NOV. 01, 2021 UNTIL TIME SERVING NOW AND ON BE COUNTED TOWARD NEW SENTENCE AND BE RELEASED FROM CUSTODY IMMEDIATLY.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

MAY 29, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/29/23                    _____
                                  Signature of Petitioner

                                  _____
                                  Signature of Attorney or other authorized person, if any