IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEVEN SHAWN SMITH                                                  PETITIONER

VERSUS                                         CIVIL ACTION NO. 3:23-cv-353-CWR-ASH

SUPERINTENDENT JOHN HUNT,
Central Mississippi Correctional Facility                                RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED, that this civil action is dismissed without prejudice.

This the 27th day of March, 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE